BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6585 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
Counsel for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. |
| MARK LEFKOWITZ, | : | |
| Defendant. | : | |

COMPLAINT

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General, brings this civil action to collect federal income tax assessments, including statutory additions, owed by Defendant Mark Lefkowitz for the years 2010, 2011, 2012, 2013, 2014, and 2015.

In support of this action, the United States alleges as follows:

JURISDICTION AND VENUE

1. Jurisdiction for this action is conferred on the Court by 28 U.S.C. §§ 1331, 1340 and 1345 and by 26 U.S.C. § 7402.

2. Venue is proper in this district by virtue of 28 U.S.C. §§ 1391 and 1396 because the defendant resides in this district.

PARTIES

3. Plaintiff is the United States of America.

4. Defendant Mark Lefkowitz resides at 3105 Aviator Avenue, Marlboro, NJ 07746.

**REDUCE FEDERAL ASSESSMENTS TO JUDGMENT**

5. A delegate of the Secretary of Treasury of the United States made federal income tax assessments against Mark Lefkowitz as follows:

| Tax Period | Date of Assessment | Amount Assessed | Balance due as of March 31, 2026 |
|---|---|---|---|
| 2010 | 12/09/2015<br>12/09/2015 | $ 374,389<br>$ 451,964 | $1,139,682 |
| 2011 | 12/09/2015 | $1,343,356 | $2,563,221 |
| 2012 | 02/24/2014 | $1,116,913 | $2,068,289 |
| 2013 | 02/23/2015 | $ 221,500 | $ 540,375 |
| 2014 | 06/08/2015 | $ 67,834 | $ 145,098 |
| 2015 | 06/06/2016 | $ 66,327 | $ 131,326 |
| | **TOTAL** | | **$6,587,991** |

6. A delegate of the Secretary of the Treasury gave notice of the assessments set forth in paragraph 5 to Mark Lefkowitz and made demand for payment of those assessments.

7. Statutory additions have accrued and will continue to accrue on the unpaid balance of the assessments described in paragraph 5 until the liability is paid in full.

8. Despite notice and demand for payment of the assessments described in paragraph 5, Mark Lefkowitz has failed, neglected, or refused to pay the outstanding assessments.

9. As a result, Mark Lefkowitz is indebted to the United States for federal income taxes and interest in the amount of $6,587,991 as of March 31, 2026, plus interest that has accrued and will continue to accrue thereafter according to law.

10. The ten-year statute of limitations on collection for the tax assessment, set forth in paragraph 5, was suspended for the following discrete periods of time by virtue of 26 U.S.C. § 6503. On July 26, 2017, defendant Mark Lefkowitz filed a petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C., in the United States Bankruptcy Court for the District of New Jersey. *In re Mark Lefkowitz*, Case No. 3:17-bk-25086. On August 9, 2019, Defend Mark Lefkowitz received his discharge. The statute of limitations was suspended during the pendency of the bankruptcy plus six months thereafter.

11. The United States alleges the taxes here are excepted from discharge as the taxpayer willfully evaded his tax liabilities in any manner for tax years 2010 through 2012. 11 U.S.C. § 523(a)(1)(C). The taxpayer was a sophisticated individual who was engaged in securities fraud during the relevant years and who had filed tax returns in prior years. Among other things, the Debtor delayed

filing his income tax return for the year 2012, delaying the assessment of taxes. He also placed his house into the name of a trust at that time in an attempt to defeat the collection of the tax lien. For tax years 2013-2015, the tax years were excepted from discharge that would have been priority claims. 11 U.S.C. § 523(a)(1)(A). In addition, penalties incurred related to these years are also excepted from discharge under 11 U.S.C. § 523(a)(7).

WHEREFORE, the Plaintiff, the United States of America, respectfully prays for judgment as follows:

A. The Court enter judgment in favor of the United States and against the Mark Lefkowitz, for the assessments described in paragraph 5, in the amount of $6,587,991 as of March 31, 2026, plus interest, accruing from that date until paid in full; and

B. That the Court grant the United States such other relief as it deems just and proper.

Dated: September 9, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 307-6585
Fax: (202) 514-6866
Beatriz.T.Saiz@usdoj.gov

DESIGNATION OF AGENT FOR SERVICE UNDER
LOCAL CIVIL RULE 101.1(F)

In accordance with Local Civil Rule 101.1(f), the undersigned hereby designates the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

United States Attorney's Office
District of New Jersey
402 East State Street, Room 430
Trenton, NJ 08608

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6585 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
Counsel for the United States of America